UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-62486-CIV-O'SULLIVAN
[CONSENT]

UNITED STATES OF AMERICA,
    Plaintiff,
v.
GERALD KLAPPER,
    Defendant.
_____/

### ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Attorney's Fees and Costs (DE# 37, 6/28/16). Rule 7.1(c) of the Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). Accordingly, it is

ORDERED AND ADJUDGED that the defendant, GERALD KLAPPER, shall file a response to the Plaintiff's Motion for Attorney's Fees and Costs (DE# 37, 6/28/16) on or before **July 14, 2016**. The failure to file a response may result in an Order granting the motion in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 30th day of June, 2016.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Copies mailed by Chambers to:
Gerald Klapper
1278 NW 171 Terrace
Pembroke Pines, FL 33028